IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  09-cv-00807-REB-MJW

A. W., a minor, through her parents and next friends
JOHN WILLIAMS, and MARY WILLIAMS, and individually,

Plaintiff(s),

v.

BOULDER VALLEY RE-2 SCHOOL DISTRICT, et al

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. **22**) is GRANTED.  The written Protective Order (docket no. 22-2) is APPROVED and made an Order of Court.

Date:   July 02, 2009