# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.  09–cv–00807–REB–MJW** | FTR - Courtroom A-502 |
| **Date:**   February 23, 2010 | Courtroom Deputy, Ellen E. Miller |
| A.W., a minor, through her parents and next friends, John and Mary Williams; <br> JOHN WILLIAMS, individually; and <br> MARY WILLIAMS, individually, <br><br>         Plaintiffs, <br><br> v. <br><br> BOULDER VALLEY RE-2 SCHOOL DISTRICT, <br> BOULDER VALLEY BOARD OF EDUCATION, <br> CHRISTOPHER KING and GEORGE GARCIA, <br> Superintendents, in their individual and official capacities; <br> ANDREA KUTINSKY, Director of Special Education; <br> BARBARA GOLDSBY, Assistant Director of Special Education, in their individual and official capacities; <br> DORRIS CANDELARIE, Principal, in her individual and official capacities; <br> MICHELLE NIEMANN, Special Education Teacher, in her individual and official capacities; <br> KAREN KLENA, Paraprofessional, in her individual and official capacities; and <br> JANE DOES #1 and #2, Paraprofessionals, in their individual and official capacities; <br><br>         Defendants. | Karen E.  Wilcynski <br><br><br><br><br><br><br><br> W.  Stuart Stuller |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING:   TELEPHONIC   MOTION   HEARING**
**Court in session:**     3:00 p.m.
Court calls case. Appearances of counsel. Appearance by John R. Posthumus on behalf of Non-Party The Legal Center for People With Disabilities and Older People referred to as "The Legal Center".

The Court has set this hearing on an expedited basis, therefore,

**It is ORDERED:**      Defendants' UNOPPOSED MOTION FOR EXPEDITED RULING on Motion by Third Party  the Legal Center for People with Disabilities and Older People's  Motion to Quash Subpoena Served on Third Party Alison

*09-CV-00807-REB-MJW*
*Telephonic Motion Hearing*
*February 23, 2010*

       Daniels by Defendants' Counsel Kristin C. Edgar [Docket No. **44,** Filed
       February 20, 2010] is **GRANTED.**

The Court raises Non-Party The Legal Center for People With Disabilities and Older People MOTION TO QUASH SUBPOENA SERVED ON THIRD PARTY ALISON DANIELS BY DEFENDANTS' COUNSEL KRISTIN C. EDGAR [Docket No. **41,** Filed February 16, 2010] for argument.

Argument by Mr. Posthumus on behalf of Non-Party "The Legal Center".
Responses by Ms. Wilcynski on behalf of plaintiffs and Mr. Stuller on behalf of defendants.

**It is ORDERED:** Non-Party The Legal Center for People With Disabilities and Older People's MOTION TO QUASH SUBPOENA SERVED ON THIRD PARTY ALISON DANIELS BY DEFENDANTS' COUNSEL KRISTIN C. EDGAR [Docket No. **41,** Filed February 16, 2010] is **DENIED** for reasons as set forth on the record.

The deposition of Ms. Alison Daniels shall go forward.

Hearing concluded.

**Court in recess:** 3:36 p.m.
Total in-court time: 00:36

To order a transcript of this proceedings, contact Avery Woods Reporting Service.
(303) 825-6119 Toll Free 1-800-962-3345. FAX (303) 893-8305 www.AveryWoods.net