IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00807-REB-MJW

A. W., a minor, through her parents and next friends
JOHN WILLIAMS, and MARY WILLIAMS, and individually,

Plaintiff(s),

v.

BOULDER VALLEY RE-2 SCHOOL DISTRICT, et al.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby **ORDERED** that the Motion for Leave of Court to File Amended Complaint, DN 58, filed with the Court on March 3, 2010, is GRANTED. The tendered First Amended Complaint and Jury Demand [58-3] is accepted for filing as of the date of this Minute Order.

Date: March 8, 2010