IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 09-cv-00807-REB-MJW

A.W. a minor, through her parents and next friends, John and Mary Williams,
JOHN WILLIAMS, and
MARY WILLIAMS, individually,

    Plaintiffs,

v.

BOULDER VALLEY RE-2 SCHOOL DISTRICT,
BOULDER VALLEY BOARD OF EDUCATION,
CHRISTOPHER KING, Superintendent, and in his individual capacity,
GEORGE GARCIA, Superintendent, and in his individual capacity,
ANDREA KUTINSKY, Director of Special Education, in her individual and official capacities,
BARBARA GOLDSBY, Assistant Director of Special Education, in her individual and official
  capacities,
DORRIS CANDELARIE, Principal, in her individual and official capacities,
MICHELLE NIEMANN, Special Education Teacher, in her individual and official capacities,
KAREN KLENA, Paraprofessional, in her individual and official capacities, and
JANE DOES #1 AND #2, Paraprofessionals, in their individual and official capacities,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation For Dismissal With Prejudice of Plaintiffs' Claims Against All Defendants** [#71] filed May 17, 2010. After careful review of the stipulation and the file, I conclude that the stipulation should be approved.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice of Plaintiffs' Claims Against All Defendants** [#71] filed May 17, 2010, is **APPROVED**;

2. That the jury trial set to commence May 3, 2010, is **VACATED**;

3. That any pending motion is **DENIED** as moot; and

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated May 17, 2010, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge